# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : NO. 839
:
REAPPOINTMENT TO THE JUVENILE : SUPREME COURT RULES DOCKET
COURT PROCEDURAL RULES :
COMMITTEE :

## ORDER

**PER CURIAM**

      **AND NOW**, this 4th day of May, 2020, the Honorable Alice Beck Dubow, Philadelphia, is hereby reappointed as a member of the Juvenile Court Procedural Rules Committee for a term of three years, commencing June 1, 2020.